**Greg WALSH, Plaintiff–Appellant,**

v.

**SPECIALIZED LOAN SERVICING, LLC, Defendant–Appellee.**

No. 13–2282.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2014.

Decided: April 14, 2014.

Gregory J. Walsh, Appellant Pro Se.

Aaron Drew Neal, McNamee Hosea, Jernigan, Kim, Greenan & Walker, PA, Greenbelt, Maryland, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Walsh appeals the district court's dismissal of his claims brought under the Fair Debt Collection Practices Act (the "FDCPA"). The record does not contain a transcript of the hearing on Defendant's motion to dismiss. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. *See* Fed. R.App. P. 10(b); 4th Cir. R. 10(c). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (2006). Even if we were to grant Walsh's motion to proceed in forma pauperis, we conclude that he has not made the requisite showing to qualify for preparation of the transcript at the government's expense. By failing to produce a transcript or to qualify for the production of a transcript at government expense, Walsh has waived review of the issues on appeal that depend upon the transcript to show error. *See Powell v. Estelle,* 959 F.2d 22, 26 (5th Cir.1992); *Keller v. Prince George's County,* 827 F.2d 952, 954 n. 1 (4th Cir.1987). As no error appears on the record before us, we affirm

the district court's order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*